AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court

**DISTRICT OF** _New Mexico_

UNITED STATES OF AMERICA

v.

Patrick Benally
Justin Benally
Lasheena Jacquez
Mariah Benally
Joni Eaglefeather
Scott Thompson

**FILED**
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

**CRIMINAL COMPLAINT**

MATTHEW J. DYKMAN
CLERK

CASE NUMBER: 13 mj 3812

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about _October 23, 2013_ in _San Juan_ county, in the State

_____ District of _New Mexico_ defendant(s) did,

(Track Statutory Language of Offense)

commit an offense against the United States, by kidnapping and murdering Jane Doe, by transporting her within the territorial jurisdiction of the United States and subsequently stabbing and slitting her throat, resulting in her death. This occurred on the Navajo Indian Reservation

in violation of Title __18__ United States Code, Section(s) _1153, 1201, 1111, and 2_.

I further state that I am a(n) _Special Agent - FBI_ and that this complaint is based on the following facts:
Official Title

See Attached Affidavit hereby incorporated by reference as if fully restated herein.

Continued on the attached sheet and made a part hereof: ☒ Yes ☐ No

*Signature of Complainant*

Vanessa A. Bassett

AUSA -

Sworn to before me and subscribed in my presence,

Special Agent

Federal Bureau of Investigation

December 12, 2013
Date

**KAREN B. MOLZEN
U.S. MAGISTRATE JUDGE**
Name & Title of Judicial Officer

Albuquerque NM   at   2:12 pm
City and State

Signature of Judicial Officer

GM/AUSA

NEW MEXICO

ALBUQUERQUE, NEW MEXICO

United States of America           )

vs                                 )

Patrick Benally                    )
YEAR OF BIRTH: 1987
Justin Benally                     )
YEAR OF BIRTH: 1987
Lasheena Jacquez
YEAR OF BIRTH: 1986
Mariah Benally
YEAR OF BIRTH: 1992
Scott Thompson
YEAR OF BIRTH: 1986
Joni Eaglefeather
YEAR OF BIRTH: 1989

## AFFIDAVIT

I, Vanessa A. Bassett, being duly sworn, hereby depose and state as follows:

1. I am a Special Agent (SA) of the Federal Bureau of Investigation (FBI) and have been employed in that capacity since February of 2012. I am currently assigned to the Albuquerque Division of the FBI, and am authorized to investigate federal crimes including violations of Title 18 and Title 21 of the United States Code.

2. The information set forth in this affidavit has been derived from an investigation conducted by SA William Hall of the FBI Farmington Resident Agency, Farmington Police Detective Jason Solomon, and other law enforcement officers of the Farmington Police Department (FPD) and San Juan County Sheriff's Office (SJCSO).

3. On December 09, 2013, at approximately 8:30 A.M., SA Hall was notified that the Farmington Police had been working a missing person case, attempting to find a Native American female henceforth known as Jane Doe 1. Doe 1 had been reported

missing by her mother on November 19, 2013, but had not been heard from by her mother since October 15, 2013. Detective Solomon of FPD advised that a witness, henceforth known as Jane Doe 2, had come forth stating she knew where the body of Doe 1 was located and that Doe 1 had been murdered.

4. SA Hall along with officers from the FPD and SJCSO were guided by Doe 2 to an area located at the south end of CR7100 in San Juan County, New Mexico. The area was on top of a mesa and Doe 2 pointed out to officers where Doe 1's body could be found. Officers did find human remains where Doe 2 described, over the side of a short cliff. This location is within the exterior boundaries of the Navajo Indian Reservation.

5. After discovering and consequently securing the scene, Doe 2 was taken back to the Farmington Police Department where she was interviewed by SA Hall and Detective Solomon.

6. Doe 2 stated that on October 22, 2013, Lasheena Jacquez, Scott Thompson, Mariah Benally, Justin Benally, Patrick Benally, Joni Eaglefeather and Jane Doe 1 stayed the night at a residence in Farmington, New Mexico. On October 23, 2013, Doe 2 stated that Patrick Benally ("Patrick") was acting paranoid and had injected and smoked some methamphetamine along with the aforementioned individuals. Justin Benally ("Justin") then began saying they should not let Doe 1 leave, because he was afraid she would bring a rival drug dealer, known as "T-Bone," over to rob Thompson.

7. Doe 1 then began arguing with Thompson and Thompson told Doe 1 to calm down, because Patrick was on the run and did not want the cops to come by. Patrick then took Doe 1's phone and put her on the ground and began to restrain Doe 1 with strips of a blue sheet Patrick had torn. Doe 1 was yelling and was told by Patrick to shut up or he would kill her. Thompson and Patrick continued to gag her when Doe 1 kicked Thompson in the testicles.

8. They finally restrained Doe 1 with duct tape, to include putting tape over her mouth. Patrick then told everyone they could not leave and began wiping everything down

in the residence and touching what he had to with his hand inside his shirt. He then carried Doe 1 to Lasheena Jacquez' green Ford Expedition and put her in the vehicle.

    9. Everyone then got in the vehicle with Jacquez driving, Mariah Benally in the right front passenger seat, and Patrick, Joni Eaglefeather and Thompson in the middle back seat. Justin and Doe 1 were in the furthest rear seat. They drove to the gas station at the intersection of NM 371 and the Murray truck bypass. Patrick gave Jacquez $30.00 for gasoline. After getting the gasoline, they drove due south on County Road 7100, to the top of a mesa. It was still daylight as they drove out to the scene.

    10. Once at the mesa they stopped the vehicle, everyone got out and Patrick took the tape off of Doe 1. Doe 1 stated that if they let her go she would not say anything. He then told her to walk to an area where there was a ledge. Patrick told Justin to take off all of Doe 1's clothing. After Doe 1 was naked, Doe 2 noticed Patrick holding a large kitchen knife. Jane Doe 1 pleaded for her life and said she had kids. Patrick offered the knife to Justin and told him to stab Doe 1, but he refused. Jacquez then grabbed the knife from Justin and said, "I'll kill the bitch". Doe 1 was on her knees and bent over as if to cover her naked torso.

    11. Jacquez then began stabbing Doe 1 in the back until the knife blade bent. Justin removed his shirt then grabbed the knife from Jacquez, grabbed Doe 1 by her pony tail, pulling her head back, and cut Doe 1's throat. He then stabbed Doe 1 in the abdomen. Doe 2 advised that they then kicked Doe 1 over the ledge and began kicking rocks on top of Doe 1's body. Doe 2 advised that Doe 1 was still making sounds similar to those like a sheep when it is slaughtered as the rocks fell on her.

    12. Jacquez then started crying and said, "What did I do?" Patrick then became enraged and threatened everyone to shut up. As they drove back to town, Jacquez pulled over and let Thompson drive, because she crying. Patrick hit Jacquez, she then hit Patrick back, and he grabbed a cord from Mariah Benally's head phones and tried to strangle Jacquez before Thompson yelled for everyone to calm down. They then drove

back to Farmington.

13. On 12/10/2013, members of the FBI's Evidence Response Team recovered the remains of Jane Doe 1. The remains were sent to the Office of the Medical Investigator (OMI) for autopsy. On 12/11/2013, preliminary results of the autopsy showed 16 sharp force injuries in total, 5 on the right arm and the rest on the back and head. There also appeared to be a small skull fracture and evidence of a subdural hematoma.

14. Based on the information provided, there is probable cause to believe that on or about October 23, 2013, Patrick Benally, Justin Benally, Mariah Benally, Lasheena Jacquez, Scott Thompson and Joni Eaglefeather, who are enrolled members of the Navajo Indian Tribe and were within the territorial jurisdiction of the Navajo Indian Reservation, did kidnap and murder Jane Doe 1 by transporting her within the territorial jurisdiction of the United States and subsequently stabbing and slitting her throat, resulting in her death, in violation of Title 18, United States Code, Sections 1153, 1201, 1111, and 2.

21. I swear that this information is true and correct to the best of my knowledge and belief.

Affiant _____
Special Agent
Federal Bureau of Investigation

Subscribed and sworn before me
on this 12th day of December, 2013.

_____
United States Magistrate Judge